IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 15 AM 11: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

POSAPAC, LLC, a Tennessee Limited
Liability Company, and BARRY FIALA,
INC., a Tennessee Corporation,

    Plaintiffs/Counter-Defendants,

v.                               No. 05-2040-B/V

WG&D, Inc., an Oregon Corporation,
formerly known as WESTERN GRAPHICS &
DATA, INC.,

    Defendant/Counter-Plaintiff,

## ORDER OF REFERENCE

The above action is hereby referred to the Honorable Diane K. Vescovo, U.S. Magistrate Judge, for the purpose of conducting a settlement conference.

**IT IS SO ORDERED.**

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

August 12, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-15-05

22

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02040 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT