IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

POSAPAC, LLC, a Tennessee limited liability company,
and BARRY FIALA, INC., a Tennessee corporation,

    Plaintiffs/Counter-Defendants,

v.                                                 Civil Action No. 05-2040-B/V

WG&D, Inc., an Oregon corporation,
formerly known as
WESTERN GRAPHICS & DATA, INC.,

    Defendant/Counter-Plaintiff.

## ORDER GRANTING PERMISSION TO PRACTICE IN PARTICULAR CASE

Defendant WG&D, Inc. has moved for permission for Jacob E. Vilhauer, Jr. and Susan D. Pitchford of the Oregon Bar to be granted permission to participate as its counsel in this case, and it appearing that the requirements of Local Rule 83.1(b) have been met and that Plaintiffs consent to the Motion,

IT IS HEREBY ORDERED that Jacob E. Vilhauer, Jr. and Susan D. Pitchford are granted permission to participate in this case as counsel for Defendant WG&D, Inc. and the Clerk is directed to add their names as counsel of record for WG&D, Inc.

_____
DIANE K. VESCOVO, United States Magistrate District
Judge

Date: 8/9/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-16-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02040 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Jacob E. Vilhauer
CHERNOFF VILHAUER MCCLUNG & STENZEL llp
601 SW Second Ave.
1600 ODS Tower
Portland, OR 97204

Susan D. Pitchford
CHERNOFF VILHAUER MCCLUNG & STENZEL llp
601 SW Second Ave.
1600 ODS Tower
Portland, OR 97204

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT