IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 2: 29

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

---

POSAPAC, LLC, a Tennessee limited liability company,
and BARRY FIALA, INC., a Tennessee corporation,

       Plaintiffs/Counter-Defendants,

v.                                  Civil Action No. 05-2040-B/V

WG&D, Inc., an Oregon corporation,
formerly known as
WESTERN GRAPHICS & DATA, INC.,

       Defendant/Counter-Plaintiff.

---

## ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF'S LEAVE TO FILE REPLY TO PLAINTIFFS" RESPONSE TO MOTION TO PARTIALLY DISMISS AMENDED COMPLAINT

---

BEFORE THE COURT is the Defendant/Counter-Plaintiff's Motion for Leave to File a Reply to Plaintiffs' Response to Defendants' Motion to Partially Dismiss Amended Complaint.

THE COURT FINDS that the Motion is well taken, that Plaintiffs do not object thereto, and the Motion is GRANTED. Defendant/Counter-Plaintiffs are directed to file their Reply to Plaintiffs' Response to Motion to Partially Dismiss Amended Complaint within five (5) days of the entry of this Order.

SO ORDERED this the 5th day of October, 2005.

J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-5-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02040 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Susan D. Pitchford
CHERNOFF VILHAUER MCCLUNG & STENZEL llp
601 SW Second Ave.
1600 ODS Tower
Portland, OR 97204

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jacob E. Vilhauer
CHERNOFF VILHAUER MCCLUNG & STENZEL llp
601 SW Second Ave.
1600 ODS Tower
Portland, OR 97204

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT