# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

POSAPAC, LLC, a Tennessee limited liability company, and BARRY FIALA, INC., a Tennessee corporation,

    Plaintiffs/Counter-Defendants,

v.                                        No. 05-2040-B/V

WG&D, INC., an Oregon corporation, formerly known as WESTERN GRAPHICS & DATA, INC.,

    Defendant/Counter-Plaintiff.

## ORDER EXTENDING DEADLINES FOR FILING MARKMAN BRIEFS AND REPLIES

Upon the parties' joint motion to extend by two weeks the deadlines set in the Scheduling Order entered July 13, 2005 for filing Markman Briefs and Replies thereto, it appearing that a judicial settlement conference is scheduled for October 27, 2005, and for good cause shown, the July 13, 2005 Scheduling Order is modified as follows:

<u>Deadline for filing Markman Briefs by each party with expert affidavits if applicable</u>:     November 22, 2005

<u>Deadline for filing Replies to Markman Briefs</u>:     December 22, 2005

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: October 26, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02040 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Susan D. Pitchford
CHERNOFF VILHAUER MCCLUNG & STENZEL llp
601 SW Second Ave.
1600 ODS Tower
Portland, OR 97204

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Jacob E. Vilhauer
CHERNOFF VILHAUER MCCLUNG & STENZEL llp
601 SW Second Ave.
1600 ODS Tower
Portland, OR 97204

Honorable J. Breen
US DISTRICT COURT