UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 14 PM 4:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| POSAPAC, LLC, a Tennessee limited liability, company, and BARRY FIALA, INC., a Tennessee corporation, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs/Counter-Defendants, | |
| v. | |
| WG&D, INC., an Oregon corporation, formerly known as WESTERN GRAPHICS & DATA, INC., | CASE NO: 2:05cv2040-B |
| Defendant/Counter-Plaintiff. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal entered on November 10, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/14/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-15-05

(35)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CV-02040 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Jacob E. Vilhauer
CHERNOFF VILHAUER MCCLUNG & STENZEL llp
601 SW Second Ave.
1600 ODS Tower
Portland, OR 97204

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Susan D. Pitchford
CHERNOFF VILHAUER MCCLUNG & STENZEL llp
601 SW Second Ave.
1600 ODS Tower
Portland, OR 97204

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT